# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY LAWRENCE,
    Plaintiff,

v.

MICHAEL ASTRUE,
    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C10-05397 JRC

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

pursuant to the F.R.C.P. Rule 41 (a)(1)(A) notice of voluntary dismissal filed by plaintiff, this matter is DISMISSED.

Dated this 7th day of July, 2010.

                        BRUCE RIFKIN
                        District Court Executive

                        /s/ *Kelly A. Miller*
                        Kelly A. Miller, Deputy Clerk